UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court File No. 02-359 DSD/SRN

Carlisle Process Systems, Inc.,

Plaintiff,

v.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Advanced Process Technologies, Inc., Kevin Rolfes, Craig Campbell, Melvin Briggs and David Kupka,

Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action shall be dismissed with prejudice, all parties to bear their own fees and costs, and that the Court may enter and file the following Order.

Dated: 6/14/02

FAEGRE & BENSON LLP

By [signature]
Eunice P. de Carvalho (#257473)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

ATTORNEYS FOR PLAINTIFF

Dated: 6-13-02

FRUTH, JAMISON & ELSASS, P.A.

By [signature]
Douglas L. Elsass (#219241)
4705 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 344-9700

ATTORNEYS FOR DEFENDANTS

FILED 6-24-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

BASED UPON THE FOREGOING STIPULATION,

IT IS HEREBY ORDERED that all claims in the above-entitled action be and hereby are dismissed with prejudice without further costs, disbursements or attorneys' fees to any party.

BY THE COURT:

Dated: June 21, 2002

United States District Court